United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 13, 2005**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-50162
Summary Calendar

NILOFER PERVEZ,

Plaintiff-Appellant,

versus

GORDON R. ENGLAND, Secretary of
the Department of the Navy,

Defendant-Appellee.

--------------------
Appeal from the United States District Court
for the Western District of Texas
(6:03-CV-373)
--------------------

Before WIENER, DeMOSS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Plaintiff-Appellant Nilofer Pervez, a 46-year old female whose national origin is Pakastani, appeals from the district court's grant of the Defendant's motion for summary judgment dismissing Perez's action in which she claimed age, sex, race, and national origin discrimination and retaliation in her employment. We have carefully reviewed the parties' appellate briefs and the record in this case, and we are satisfied that the district court correctly granted summary judgment to Defendant-Appellee Gordon R. England,

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Secretary of the Department of the Navy, dismissing Pervez's claims and ordering that she take nothing.

Essentially for the reasons set forth in the district court's comprehensive Order filed November 15, 2004, that court's grant of summary judgment is, in all respects,

AFFIRMED.